BROWN WHITE & OSBORN LLP
THOMAS M. BROWN (Bar No. 117449)
KENNETH P. WHITE (Bar No. 173993)
KARINEH DARBINIAN (Bar No. 281275)
333 South Hope Street, 40th Floor
Los Angeles, California 90071
Telephone: 213.613.0500
Facsimile: 213.613.0550
tbrown@brownwhitelaw.com
kwhite@brownwhitelaw.com
kdarbinian@brownwhitelaw.com

WERKSMAN JACKSON & QUINN LLP
CALEB E. MASON (Bar No. 246653)
888 West Sixth Street, 4th Floor
Los Angeles, California 90017
Telephone: 213.688.0460
Facsimile: 213.624.1924
cmason@werksmanjackson.com

Attorneys for Plaintiffs
MANHATTAN BEACH FIREFIGHTERS' ASSOCIATION, *et al.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MANHATTAN BEACH FIREFIGHTERS' ASSOCIATION, LOCAL 3925, a labor association, and individuals THOMAS DESMOND, STEVEN FAIRBROTHER, JAMES FALLS, BRIAN FUJIMOTO, CHRIS GRAFTON, PETER HECK, PATRICK JACOBSON, CHRISTIAN MCARTHUR, RUDY MEJIA, JEFFREY RICE, JAMES STRATTON, and ERICK STRONG,

Plaintiffs,

v.

CITY OF MANHATTAN BEACH, a municipal corporation; individuals BRUCE MOE, LISA JENKINS; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:24-cv-04228-HDV-AS

Hon. Hernan D. Vera

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EVIDENCE SUBMITTED IN SUPPORT OF IT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**

Date: January 8, 2026
Time: 10:00 a.m.
Ctrm: 5B

Action Filed: May 21, 2024

*[Filed Concurrently Herewith: Opposition to Defendant's Motion for Summary Judgment, or Alternatively, Summary Adjudication; Declaration of Kenneth P. White Thereto]*

Plaintiffs Manhattan Beach Firefighters' Association, Local 3925, a labor association, and individuals Thomas Desmond, Steven Fairbrother, James Falls, Brian Fujimoto, Chris Grafton, Peter Heck, Patrick Jacobson, Christian McArthur, Rudy Mejia, Jeffrey Rice, James Stratton, And Erick Strong (herein collectively referred to as "Plaintiffs"), hereby submit the following Objections to Defendant's Evidence in support of its Motion for Summary Judgment, or Alternatively, for Summary Adjudication.

**OBJECTIONS TO DECLARATION OF PETER BROWN**

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: |
| --- | --- |
| **OBJECTION NUMBER 1**<br><br>Paragraph 2 of Peter Brown Declaration: "The overtime change resulted in significant financial savings for the City given the large amount of overtime pay the Battalion Chiefs were receiving." | Lack of Foundation, Fed. R. Evid. 901.<br><br>Lack of Personal Knowledge, Fed. R. Evid. 602.<br><br>Improper expert opinion, Fed. R. Evid. 702. |
| **OBJECTION NUMBER 2**<br><br>Paragraph 3 of Peter Brown Declaration: "The Vote of No Confidence taken by the Manhattan Beach Firefighters' Association in 2018 against Fire Chief, Robert Espinosa, was not discussed during the MBFA negotiations, nor discussed among the City's negotiating team, nor with the City Council, and had no bearing whatsoever on the City's positions regarding the City's proposed terms." | Lack of Foundation, Fed. R. Evid. 901.<br><br>Lack of Personal Knowledge, Fed. R. Evid. 602.<br><br>Improper offer of communications Defendants previously asserted privilege to withhold. *See* Plaintiffs' Memorandum in Support of Objections To Declaration of Peter Brown ("Objections Memorandum"); *United States v. $133,420.00 in U.S. Currency*, 672 F.3d 629, 641-44 (9th Cir. 2012). |





BROWN WHITE & OSBORN LLP ATTORNEYS

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: |
|---|---|
| **OBJECTION NUMBER 3**<br><br>Paragraph 4 of Peter Brown Declaration: "The City's primary motivation for its position regarding overtime during negotiations with the MBFA and the MB-FMA starting in 2018, was its assessment of how much it was spending on overtime." | Lack of Foundation, Fed. R. Evid. 901.<br><br>Lack of Personal Knowledge, Fed. R. Evid. 602.<br><br>Improper offer of communications Defendants previously asserted privilege to withhold. *See* Objections Memorandum; *United States v. $133,420.00 in U.S. Currency*, 672 F.3d 629, 641-44 (9th Cir. 2012). |
| **OBJECTION NUMBER 4**<br><br>Paragraph 4 of Peter Brown Declaration: "The SCO data showed that the Manhattan Beach firefighters and Battalion Chiefs were the highest paid (per capita) in the state of California between 2015-2017, inclusive of overtime." | Lack of Foundation, Fed. R. Evid. 901.<br><br>Lack of Personal Knowledge, Fed. R. Evid. 602.<br><br>Improper expert opinion, Fed. R. Evid. 702.<br><br>Hearsay, Fed. R. Evid 801. |
| **OBJECTION NUMBER 5**<br><br>Paragraph 6 of Peter Brown Declaration: Objection to the Paragraph in its entirety except for the following sentences: "A true and correct copy of the prior operative MOU (2016-2018) is attached as Exhibit B. A true and correct copy of the 2020 MOU is attached as Exhibit C. | Best Evidence, Fed. R. Evid. 1002. |

BROWN WHITE & OSBORN LLP ATTORNEYS

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: |
|---|---|
| **<u>OBJECTION NUMBER 6</u>**<br><br>Paragraph 10 of Peter Brown Declaration: "The fact-finding neutral's recommended terms of settlement agreed with the City on the majority of terms, including changing constant to minimum staffing, calling the provision as it existed in the prior MOU of 2020: "unique, as it does not provide for a minimum staffing level. Rather it mandates that staffing levels be at 8<br>per shift, and the City cannot go above that number. This requires the City to staff at less than desired levels, which then triggers overtime[.]" The fact-finding neutral recommended adoption of the proposal, indicating it could "have a powerful impact on reducing the need for overtime, as it will allow the City to increase staffing." Plaintiffs' labor attorney, on behalf of the MBFA, stated it "accepts the neutral factfinder's draft recommendations." | Best Evidence, Fed. R. Evid. 1002.<br><br>Lack of Foundation, Fed. R. Evid. 901.<br><br>Hearsay, Fed. R. Evid 801. |

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: |
| --- | --- |
| **OBJECTION NO. 7**<br><br>Paragraph 10 of Lisa Jenkins Declaration:<br><br>On November 21, 2023, I, in conjunction with Fire Chief Michael Lang, authored a staff report to the City Council which included Fire Department data demonstrating the savings in overtime from Fiscal Year 2021-22 to Fiscal Year 2022-23, since the imposition of terms in the LBFO, which was $409,000. The report discussed how in August of 2023, the "Fire Department achieved full staffing plus an over-hire of one, for a total of 38 full-time employees." The report also discussed Fire Department data that the completion rate for inspections by fire prevention prior to being civilianized was 30%, and since being civilianized in 2022, was 90%. | Best Evidence, Fed. R. Evid. 1002.<br><br>Lack of Foundation, Fed. R. Evid. 901.<br><br>Hearsay, Fed. R. Evid 801. |

DATED: November 17, 2025

BROWN WHITE & OSBORN LLP

By

THOMAS M. BROWN
KENNETH P. WHITE
CALEB E. MASON
KARINEH DARBINIAN
Attorneys for Plaintiffs
MANHATTAN BEACH FIREFIGHTERS' ASSOCIATION, et al.