REDACTED

FILED
CLERK, U.S. DISTRICT COURT
OCT - 1 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MANHATTAN BEACH FIREFIGHTERS' ASSOCIATION, LOCAL 3925, a labor association, and individuals THOMAS DESMOND, STEVEN FAIRBROTHER, JAMES FALLS, BRIAN FUJIMOTO, CHRIS GRAFTON, PETER HECK, PATRICK JACOBSON, CHRISTIAN MCARTHUR, RUDY MEJIA, JEFFREY RICE, JAMES STRATTON, and ERICK STRONG,

Plaintiffs,

v.

CITY OF MANHATTAN BEACH,

Defendant.

Case No.: 2:24-cv-04228-HDV-AS

Hon. Hernan D. Vera

**VERDICT FORM**

# VERDICT FORM

We, the jury, find as follows:

**MANHATTAN BEACH FIREFIGHTERS' ASSOCIATION**

**1(a):** Did Plaintiff Manhattan Beach Firefighters' Association prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against it for exercising its First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 1(b). If you answered "No," proceed to 2.*

**1(b):** What amount of damages, if any, do you award to Plaintiff Manhattan Beach Firefighters' Association?

$ ______________________

**THOMAS DESMOND**

**2(a):** Did Plaintiff Thomas Desmond prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 2(b). If you answered "No," proceed to 3.*

**2(b):** What amount of damages, if any, do you award to Plaintiff Thomas Desmond?

$ ____________________

**STEVEN FAIRBROTHER**

3**(a):** Did Plaintiff Steven Fairbrother prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 3(b). If you answered "No," proceed to 4.*

**3(b):** What amount of damages, if any, do you award to Plaintiff Steven Fairbrother?

$ ________________________

**JAMES FALLS**

**4(a):** Did Plaintiff James Falls prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 4(b). If you answered "No," proceed to 5.*

**4(b):** What amount of damages, if any, do you award to Plaintiff James Falls?

$ ____________________

**<u>BRIAN FUJIMOTO</u>**

**<u>5(a):</u>** Did Plaintiff Brian Fujimoto prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 5(b). If you answered "No," proceed to 6.*

**<u>5(b):</u>** What amount of damages, if any, do you award to Plaintiff Brian Fujimoto?

$ ____________________

**CHRIS GRAFTON**

**6(a):** Did Plaintiff Chris Grafton prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 6(b). If you answered "No," proceed to 7.*

**6(b):** What amount of damages, if any, do you award to Plaintiff Chris Grafton?

$ ____________________

**PETER HECK**

**7(a):** Did Plaintiff Peter Heck prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 7(b). If you answered "No," proceed to 8.*

**7(b):** What amount of damages, if any, do you award to Plaintiff Peter Heck?

$ ____________________

**PATRICK JACOBSON**

**8(a):** Did Plaintiff Patrick Jacobson prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 8(b). If you answered "No," proceed to 9.*

**8(b):** What amount of damages, if any, do you award to Plaintiff Patrick Jacobson?

$ ____________________

**CHRISTIAN MCARTHUR**

**9(a):** Did Plaintiff Christian McArthur prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 9(b). If you answered "No," proceed to 10.*

**9(b):** What amount of damages, if any, do you award to Plaintiff Christian McArthur?

$ ____________________

**RUDY MEIJA**

**10(a):** Did Plaintiff Rudy Mejia prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 10(b). If you answered "No," proceed to 11.*

**10(b):** What amount of damages, if any, do you award to Plaintiff Rudy Mejia?

$ ____________________

**JEFFREY RICE**

**11(a):** Did Plaintiff Jeffrey Rice prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 11(b). If you answered "No," proceed to 12.*

**11(b):** What amount of damages, if any, do you award to Plaintiff Jeffrey Rice?

$ ______________________________

**JAMES STRATTON**

**12(a):** Did Plaintiff James Stratton prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES _____ NO ✓

*If you answered "Yes," proceed to 12(b). If you answered "No," proceed to 13.*

**12(b):** What amount of damages, if any, do you award to Plaintiff James Stratton?

$ ____________________

**ERICK STRONG**

**13(a):** Did Plaintiff Erick Strong prove by a preponderance of the evidence that the City of Manhattan Beach retaliated against him for exercising his First Amendment rights?

YES ______ NO ✓

*If you answered "Yes," proceed to 13(b). If you answered "No," sign and date the form.*

**13(b):** What amount of damages, if any, do you award to Plaintiff Erick Strong?

$ ____________________

Signed: REDACTED ____ Dated: 10/1/26

~~FOREPERSON~~