JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANHATTAN BEACH FIREFIGHTERS' ASSOCIATION, LOCAL 3925, a labor association, and individuals THOMAS DESMOND, STEVEN FAIRBROTHER, JAMES FALLS, BRIAN FUJIMOTO, CHRIS GRAFTON, PETER HECK, PATRICK JACOBSON, CHRISTIAN MCARTHUR, RUDY MEJIA, JEFFREY RICE, JAMES STRATTON, and ERICK STRONG,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MANHATTAN BEACH, a municipal corporation; individuals BRUCE MOE, LISA JENKINS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04228-HDV-ASx<br><br>**JUDGMENT** |

This action came on regularly for jury trial before the Honorable Hernán D. Vera, United States District Judge. Plaintiffs Manhattan Beach Firefighters' Association, Local 3925, a labor association, and individuals Thomas Desmond, Steven Fairbrother, James Falls, Brian Fujimoto, Chris Grafton, Peter Heck, Patrick Jacobson, Christian McArthur, Rudy Mejia, Jeffrey Rice, James Stratton, and Erick

Strong ("Plaintiffs") appeared through counsel, and Defendant City of Manhattan Beach ("Defendant") appeared through counsel.

On September 30, 2026, following the presentation of evidence and argument, the case was submitted to the jury. On October 1, 2026, the jury returned a general verdict in favor of Defendant City of Manhattan Beach and against Plaintiffs on all claims asserted in the Complaint.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Defendant City of Manhattan Beach and against Plaintiffs on all claims asserted in the Complaint.
2. Pursuant to the Court's Order of April 3, 2026, [Dkt. 134], judgment is entered in favor of Defendants Bruce Moe and Lisa Jenkins and against Plaintiffs on all claims asserted against them.
3. Defendants Does 1 through 10 are dismissed.
4. Plaintiffs shall take nothing by way of the Complaint.
5. Defendants shall be entitled to tax costs in accordance with Federal Rule of Civil Procedure 54.

Dated: 10/30/26

Hernán D. Vera
United States District Judge